**Order entered June 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01062-CV

## CURTIS JACKSON, Appellant

## V.

## AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-03296-B**

## ORDER

We **DENY** appellee's May 29, 2015 motion to accelerate the appeal.


/s/      ELIZABETH LANG-MIERS
         JUSTICE